AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

FINISAR CORPORATION,

    Plaintiff,

v.

AGILENT TECHNOLOGIES, INC.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-653

TO:    AGILENT TECHNOLOGIES, INC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

    Mary B. Graham (#2256)
    James W. Parrett, Jr. (#4292)
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                            9/6/05

CLERK                                                           DATE

*[signature]*
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>September 6, 2005 |
| NAME OF SERVER (PRINT)<br>Aaron Johnston | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant Agilent Technologies, Inc. by delivering copies thereof to defendant's registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept 06 2005        [signature]
             Date                Signature of Server
                                 Morris, Nichols, Arsht & Tunnell
                                 1201 N. Market Street, Wilmington, DE 19801
                                 *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure