IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINISAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-653-SLR |
| | ) | |
| AGILENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint, and any response thereto, it is hereby ORDERED that said motion is GRANTED. It is further ORDERED that Defendants shall have until October 26, 2005, to answer, plead, or otherwise move in response to the complaint.

_____
United States District Judge