IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINISAR CORPORATION, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-653 (SLR) |
| AGILENT TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF FINISAR'S RESPONSE TO DEFENDANT
AGILENT'S MOTION FOR AN EXTENSION
OF TIME TO ANSWER COMPLAINT**

As noted in our email to the Court this past Friday, September 23, in response to Agilent's email, Finisar has no objection *per se* to the requested extension for Agilent to respond to the Complaint. We simply had asked that a business person contact ours to make the request. Contrary to Finisar's assertion in its motion, this request was not a requirement that Agilent start settlement discussions in order to have an extension on the answer. Rather, the request was an outgrowth of Finisar's frustration with the never-ending delay of this matter by Agilent as detailed in the Complaint. What Finisar has wanted – from long before this Complaint was filed – is direct contact from executive to executive. Agilent has said nothing about why it could not make that contact in the weeks since the Complaint was filed, and our concern remains that this dispute will be endlessly dragged out.[1]

---

[1] Agilent's motion states (p. 2) that, "if the issue only were that Finisar wanted the request for an extension to come from a different executive, it could have communicated that to Mr. Barrett. It did not do so." Actually, the motion has the facts wrong. Finisar's lead trial counsel, James Pooley, on September 7 told Mr. Barrett, Agilent's inhouse counsel,

(continued . . .)

In view of its concerns about delay, Finisar has two requests that it will ask of the Court in the near term. One is that the Court give Finisar an early trial date, and two, that it require both parties, with their relevant executives, to come together with the Magistrate Judge at the earliest available time to discuss mediation.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff Finisar Corporation*

OF COUNSEL:

James Pooley
Marc David Peters
Milbank, Tweed, Hadley & McCloy LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109

Dated:  September 26, 2005
484743

---

(. . . continued)
    that Finisar needed a business executive to make the request. Mr. Pooley even suggested the names of two Agilent business executives, although he did not say that it had to be either of them. If Mr. Pooley had felt that inhouse counsel making the request was sufficient, he would simply have asked Mr. Barrett to make the call.

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Josie W. Ingersoll, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 26, 2005 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY FACSIMILE** |
|---|---|
| Josie W. Ingersoll, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899-0391 | Jesse J. Jenner<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, NY  10020-1105 |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)