IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINISAR CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-653-SLR |
| | ) |
| AGILENT TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

Plaintiff Finisar Corporation ("Finisar") and Defendant Agilent Technologies, Inc. ("Agilent") by their respective undersigned counsel, and subject to the Court's approval, stipulate and agree to extend by thirty days the time for Agilent to answer, plead or otherwise move in response to the complaint filed by Finisar, from September 26, 2005 until October 26, 2005. Upon the Court's approval of this Stipulation and Order, Agilent withdraws its Motion for an Extension of Time to Answer the Complaint [D.I. 4].

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Mary B. Graham (ID #2256) | |
| Mary B. Graham (ID #2256) | Josy Ingersoll (ID #1088) |
| Chase Manhattan Centre, 18th Floor | John W. Shaw (ID #3362) |
| 1201 North Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6666 |
| mgraham@mnat.com | jingersoll@ycst.com |
| *Attorney for Finisar Corporation* | *Attorney for Agilent Technologies, Inc.* |
| Date:_____ | Date:_____ |

SO ORDERED this ____ day of _____, 2005.

_____
United States District Judge