IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINISAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-653-SLR |
| | ) | |
| AGILENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER

Plaintiff Finisar Corporation ("Finisar") and Defendant Agilent Technologies, Inc. ("Agilent") by their respective undersigned counsel, and subject to the Court's approval, stipulate and agree to extend by thirty days the time for Agilent to answer, plead or otherwise move in response to the amended complaint filed by Finisar, from November 7, 2005 until December 7, 2005.

MORRIS, NICHOLS,
 ARSHT & TUNNELL

/s/ Mary B. Graham
Mary B. Graham (ID #2256)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com

*Attorney for Finisar Corporation*

Date:_____

YOUNG CONAWAY
 STARGATT & TAYLOR, LLP

_____
Josy Ingersoll (ID #1088)
John W. Shaw (ID #3362)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
(302) 571-6666
jshaw@ycst.com

*Attorney for Agilent Technologies, Inc.*

Date:_____

SO ORDERED this ____ day of _____, 2005.

_____
United States District Judge