IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINISAR CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AGILENT TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-653-SLR |

### AGILENT TECHNOLOGIES, INC.'S RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Agilent Technologies, Inc. ("Agilent") hereby certify that Agilent has no parent corporation and that there are no publicly held corporations that own 10% or more of Agilent's stock..

On December 1, 2005, Agilent completed the sale of the business unit that markets the fiber optic transceiver products that are at issue in this action to Kohlberg Kravis Roberts & Co. ("KKR") and Silver Lake Partners. KKR and Silver Lake created a new privately held company, Avago Technologies, Pte. Ltd.

Dated: December 12, 2005

YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP

_/s/ Karen E. Keller_
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

*Of Counsel:*

Jesse J. Jenner
Sasha G. Rao
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on December 12, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on December 12, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY FEDERAL EXPRESS

> James Pooley, Esquire
> Milbank, Tweed, Hadley & McCoy LLP
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306-2109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Agilent Technologies, Inc.*

DB02:5056819.1                                                                                                  057746.1005