IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINISAR CORPORATION,<br>a Delaware corporation, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | C.A. No. 05-653 (SLR) |
| AGILENT TECHNOLOGIES, INC.,<br>a Delaware corporation, | )<br>)<br>)<br>) | **JURY TRIAL DEMANDED** |
| Defendant. | )<br>) | |

**FINISAR'S REPLY
TO AGILENT'S COUNTERCLAIMS**

Plaintiff Finisar Corporation ("Finisar") answers defendant Agilent Technologies, Inc.'s ("Agilent") Counterclaims as follows:

**REPLY TO COUNTERCLAIMS**

1. Finisar admits the allegations in paragraph 1.

2. Finisar admits the allegations in paragraph 2.

3. Finisar admits the allegations in paragraph 3.

4. Finisar admits the allegations in paragraph 4.

5. Finisar admits the allegations in paragraph 5.

6. Finisar admits the allegations in paragraph 6.

7. Finisar admits the allegations in paragraph 7.

8. Finisar denies the allegations in paragraph 8.

9. Finisar denies the allegations in paragraph 9.

**PRAYER FOR RELIEF**

In addition to the relief prayed for in Finisar's Amended Complaint, Finisar prays for judgment and relief as follows:

    A.    Judgment in its favor on Agilent's Counterclaim;

    B.    A declaration that this case is exceptional pursuant to 35 U.S.C. § 285,

    C.    An award of Finisar's costs and attorneys' fees; and

    D.    Such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Finisar demands a jury trial on all issues triable to a jury in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff Finisar Corporation*

OF COUNSEL:

James Pooley
Marc David Peters
MILBANK, TWEED, HADLEY & MCCLOY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2109

Dated: December 28, 2005
499559

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josie W. Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 28, 2005 upon the following individuals in the manner indicated:

**BY FACSIMILE**

Josie W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Jesse J. Jenner, Esquire
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105

*/s/ Mary B. Graham*

Mary B. Graham (#2256)