IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINISAR CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-653-SLR |
| | ) |
| AGILENT TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 18th day of January, 2006, having received a telephone call from counsel for both plaintiff and defendant jointly requesting to postpone the scheduling teleconference;

IT IS HEREBY ORDERED that the telephonic scheduling conference originally scheduled for January 18, 2006 is hereby rescheduled to **Thursday, February 23, 2006** at **8:30 a.m.**  Counsel for plaintiff shall coordinate and initiate this call.

                                                        *[signature]*
                                      United States District Judge