# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARY B. GRAHAM
(302) 351-9191
mgraham@mnat.com

February 22, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      Re:    *Finisar Corporation v. Agilent Technologies, Inc.*
               C.A. No. 05-653

Dear Chief Judge Robinson:

      Enclosed in connection with the scheduling teleconference set for Thursday, February 23, 2006, is the Court's form of scheduling order with the parties' proposed dates, together with a chart showing the parties' two proposals. The parties have agreed on discovery limits. The difference between the parties' two proposed schedules is essentially in the trial date (and the length of trial), as the sequencing of dates is similar in the two proposals.

      Respectfully,

      *Mary B. Graham (#2256)*

      Mary B. Graham

MBG/bav
Enclosure
cc:    Dr. Peter Dalleo, Clerk (by hand)
        John W. Shaw, Esquire (by email)
        James Pooley, Esquire (by email)
        Jesse Jenner, Esquire (by email)
        Sasha Rao, Esquire (by email)
507954