## THE PARTIES' PROPOSED SCHEDULES

| EVENT | FINISAR'S PROPOSED DATES | AGILENT'S PROPOSED DATES |
|---|---|---|
| Initial Disclosures | March 23, 2006 | March 23, 2006 |
| Document Production | May 19, 2006 | June 23, 2006 |
| Produce Opinions of Counsel | June 26, 2006 | November 30, 2006 |
| Party Joinder, Pleadings Amendment | July 28, 2006 | August 25, 2006 |
| Discovery Dispute Conferences | April 27, 2006<br>August 4, 2006 | September, 2006<br>December, 2006 |
| Rule 26(e) Supplementations | August 15, 2006 | December 26, 2006 or 30 days prior to close of fact discovery |
| Fact Discovery Cut-Off | September 15, 2006 | January 26, 2007 |
| Opening Expert Reports | October 12, 2006 | February 23, 2007 |
| Rebuttal Expert Reports | November 16, 2006 | March 23, 2007 |
| Expert Discovery Cut-Off | December 15, 2006 | May 4, 2007 |
| Exchange Claim Terms | September 21, 2006 | October 6, 2006 |
| File Joint Claim Construction Statement | January 4, 2007 | February 9, 2007 |
| Claim Construction Briefs (Opening/Response) | January 17, 2007<br>February 5, 2007 | May 25, 2007<br>June 22, 2007 |
| Summary Judgment Motions (Briefs) | February 8, 2007<br>February 27, 2007<br>March 8, 2007 | May 25, 2007<br>June 22, 2007<br>July 13, 2007 |
| Daubert Motions Filed | January 15, 2007 | May 24, 2007 or 20 days after close of expert discovery |
| *Markman*/Summary Judgment Hearing | March 15, 2007 or later | August, 2007 |
| Pretrial Conference Date Suggestion | June 28, 2007 or one month before trial at the convenience of the Court | Four months after summary judgment argument date |

| EVENT | FINISAR'S PROPOSED DATES | AGILENT'S PROPOSED DATES |
|---|---|---|
| Trial Date Suggestion, Length | August 20, 2007; one week | Five months after summary judgment argument date; two weeks |
| Interrogatories | 45 per party | 45 per party |
| Requests For Admission | 25 per party | 25 per party |
| Fact Depositions | 125 hours per party | 125 hours per party |
| Expert Depositions | 7 hours per expert per report | 7 hours per expert per report |

507814

2