IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Defendant. | C.A. No. 05-653 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of James Pooley and Marc David Peters of Pooley & Oliver, LLP to represent Plaintiff Finisar Corporation in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                  */s/ Mary B. Graham*

                  Mary B. Graham (#2256)
OF COUNSEL:             James W. Parrett, Jr. (#4292)
                  1201 North Market Street
James Pooley              P.O. Box 1347
Marc David Peters           Wilmington, DE 19899
POOLEY & OLIVER, LLP        (302) 658-9200
Five Palo Alto Square
3000 El Camino Real – 7th Floor     *Attorneys for Plaintiff Finisar Corporation*
Palo Alto, CA  94306

Dated:  February 23, 2006

- 2 -

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                              United States District Judge

508060

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, James Pooley, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: Feb 22-06

/s/ James Pooley
James Pooley
POOLEY & OLIVER, LLP
Five Palo Alto Square - 7th Floor
3000 El Camino Real
Palo Alto, CA 94306-2109
(650) 739-7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Marc David Peters, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 2/22/06

Marc David Peters
POOLEY & OLIVER, LLP
Five Palo Alto Square - 7th Floor
3000 El Camino Real
Palo Alto, CA 94306-2109
(650) 739-7000

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josie W. Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 23, 2006 upon the following individuals in the manner indicated:

**BY FACSIMILE**

Josie W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Jesse J. Jenner, Esquire
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105

*/s/ Mary B. Graham*

Mary B. Graham (#2256)