## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FINISAR CORPORATION,                    )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 05-653-SLR
                                        )
AGILENT TECHNOLOGIES, INC.,             )
                                        )
            Defendant.                  )
                                        )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Reeta K. Whitney and Chi-Hsin Chang of Ropes & Gray, LLP to represent Agilent Technologies, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendant Agilent Technologies, Inc.*

Dated: March 1, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Reeta K. Whitney and Chi-Hsin Chang is granted.

Date: March ___, 2006

_____
United States District Judge

DB02:5188865.1                                                          057746.1005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Reeta K. Whitney, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 21, 2006

Reeta K. Whitney
Ropes & Gray, LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301
650.617.4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Chi-Hsin Chang, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: Feb. 21, 2006

Chi-Hsin Chang
Ropes & Gray, LLP
525 University Avenue, Suite 300
Palo Alto, CA 94301
650.617.4000

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on March 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on March 1, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY FEDERAL EXPRESS

> James Pooley, Esquire
> Milbank, Tweed, Hadley & McCoy LLP
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306-2109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Agilent Technologies, Inc.*