IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-653 (SLR) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of L. Scott Oliver, Diana Luo, and David Alban of Pooley & Oliver, LLP to represent Plaintiff Finisar Corporation in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff Finisar Corporation*

OF COUNSEL:

James Pooley
Marc David Peters
POOLEY & OLIVER, LLP
Five Palo Alto Square
3000 El Camino Real – 7th Floor
Palo Alto, CA 94306

Dated: March 15, 2006

- 2 -

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                          United States District Judge

511457

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, L. Scott Oliver, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 3/15/06

L. Scott Oliver
POOLEY & OLIVER, LLP
Five Palo Alto Square - 7th Floor
3000 El Camino Real
Palo Alto, CA 94306-2109
(650) 739-7000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Diana Luo, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 3/14/06

Diana Luo
POOLEY & OLIVER, LLP
Five Palo Alto Square - 7th Floor
3000 El Camino Real
Palo Alto, CA 94306-2109
(650) 739-7000

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, David Alban, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 3/15/06

David Alban
POOLEY & OLIVER, LLP
Five Palo Alto Square - 7th Floor
3000 El Camino Real
Palo Alto, CA 94306-2109
(650) 739-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Josie W. Ingersoll, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 15, 2006 upon the following individuals in the manner indicated:

**BY FACSIMILE**

| | |
|---|---|
| Josie W. Ingersoll, Esquire | Jesse J. Jenner, Esquire |
| YOUNG CONAWAY STARGATT & TAYLOR | ROPES & GRAY LLP |
| The Brandywine Building | 1251 Avenue of the Americas |
| 1000 West Street, 17th Floor | New York, NY 10020-1105 |
| Wilmington, DE 19899-0391 | |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)