MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARY B. GRAHAM
(302) 351-9199
mgraham@mnat.com

March 27, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

    Re:   *Finisar Corporation v. Agilent Technologies, Inc.*
           C.A. No. 05-653

Dear Chief Judge Robinson:

       Enclosed is a form of scheduling order that reflects the dates set at the scheduling conference, and the further dates agreed to by the parties.

                                Respectfully,

                                */s/ Mary B. Graham*

                                Mary B. Graham

MBG/dam
Enclosure
cc:    Dr. Peter Dalleo, Clerk (by hand)
        John W. Shaw, Esquire (by email)
        James Pooley, Esquire (by email)
        Jesse Jenner, Esquire (by email)
        Sasha Rao, Esquire (by email)
513223