IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINISAR CORPORATION, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-653 (SLR) |
| AGILENT TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Finisar's Rule 26(a)(1) Disclosures* were caused to be served on March 30, 2005 upon the following in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| Josie W. Ingersoll, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 | Jesse J. Jenner, Esquire<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1105 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

*/s/ James W. Parrett, Jr.*

James Pooley
L. Scott Oliver
Marc David Peters
Diana Luo
David Alban
POOLEY & OLIVER, LLP
Five Palo Alto Square
3000 El Camino Real – 7th Floor
Palo Alto, CA 94306

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff Finisar Corporation*

Dated: March 30, 2006
513887

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were caused to be served on March 30, 2006 upon the following individuals in the manner indicated:

**BY HAND DELIVERY**

Josie W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY FACSIMILE**

Jesse J. Jenner, Esquire
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020-1105

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)