IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-653-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Agilent Technologies, Inc. hereby certifies that David S. Chun of Ropes & Gray LLP caused copies of Agilent Technologies, Inc.'s Initial Disclosure Statement to be served on March 30, 2006 upon the following counsel in the manner indicated:

**VIA FACSIMILE AND FEDERAL EXPRESS**

   James Pooley, Esquire
   POOLEY & OLIVER LLP
   5 Palo Alto Square
   3000 El Camino Real, 7th Floor
   Palo Alto, CA 94306

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347


*/s/ Josy W. Ingersoll*
Josy W. Ingersoll (#1088)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
302-571-6672
jingersoll@ycst.com
Attorneys for Defendant Agilent Technologies, Inc.

Dated: March 31, 2006


OF COUNSEL:

Jesse J. Jenner
David S. Chun
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
212-596-9000

Sasha G. Rao
Reeta K. Whitney
Chi-Hsin Chang
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
650-617-4000

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, hereby certify that on March 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on March 31, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY E-MAIL

> James Pooley, Esquire
> Milbank, Tweed, Hadley & McCoy LLP
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306-2109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Agilent Technologies, Inc.*