IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 05-653-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Agilent Technologies, Inc. hereby certifies that copies of (1) Agilent's First Set of Interrogatories and (2) Agilent's First Set of Requests for Production of Documents and Things were caused to be served on May 18, 2006 upon the following counsel in the manner indicated:

**BY FEDERAL EXPRESS**

    James Pooley, Esquire
    POOLEY & OLIVER LLP
    5 Palo Alto Square
    3000 El Camino Real, 7th Floor
    Palo Alto, CA 94306

**BY HAND DELIVERY**

    Mary B. Graham, Esquire
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    Chase Manhattan Centre, 18th Floor
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

Additionally, on May 19, 2006, copies of this Notice of Service were served upon the following counsel in the manner indicated:

### BY FIRST CLASS MAIL

James Pooley, Esquire
POOLEY & OLIVER LLP
5 Palo Alto Square
3000 El Camino Real, 7th Floor
Palo Alto, CA 94306

### BY HAND DELIVERY

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

_____
John W. Shaw (#3362)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
302-571-6600
jshaw@ycst.com

OF COUNSEL:

Jesse J. Jenner
David S. Chun
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020

Sasha G. Rao
Reeta K. Whitney
Chi-Hsin Chang
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

Attorneys for Agilent Technologies, Inc.

Dated: May 19, 2006