IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 05-653 (SLR) |
| AGILENT TECHNOLOGIES, INC., a Delaware corporation, ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. ) ) | |

## STIPULATION AND ORDER OF DISMISSAL

THE PARTIES HEREBY STIPULATE AND AGREE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action, including all claims, counterclaims, and defenses, is hereby dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff*
*Finisar Corporation*

YOUNG, CONAWAY, STARGATT & TAYLOR

*/s/ John W. Shaw*

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys for Defendant*
*Agilent Technologies, Inc.*

SO ORDERED this _____ day of July, 2006.

_____
United States District Judge

509274